JODY A. LANDRY, Bar No. 125743
jlandry@littler.com
LENA K. SIMS, Bar No. 212904
lsims@littler.com
LAUREN K. WOON, Bar No. 273208
lwoon@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441/ Fax: 619.232.4302

Attorneys for Defendant
ECOLAB INC.

Daniel J. Palay, SBN 159348
Michael A. Strauss, SBN 246718
mike@palaylaw.com
PALAY LAW FIRM
121 N. Fir Street, Suite F
Ventura, CA 93001
Telephone: (805) 641-6600 / Fax: (805) 641-6607

Alejandro P. Gutierrez, SBN 107688
Email: agutierrez@hathawaylawfirm.com
LAW OFFICES OF HATHAWAY, PERRETT
5450 Telegraph Road, Suite 200
Ventura, CA 93003
Telephone: (805) 644-7111 / Fax: (805) 644-8296

Attorneys for Plaintiff
DOUG LADORE

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG LADORE, an Individual, for Himself and Those Similarly Situated; MOES 1 Through 3000 and the Proposed Class,<br><br>Plaintiffs,<br><br>v.<br><br>ECOLAB, INC., a Delaware Corporation; and DOES 1 Through 100, Inclusive,<br><br>Defendants. | Case No. CV 11-9386 GAF (FMOx)<br><br>**(1) REVISED JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER; AND**<br><br>**(2) ORDER THEREON**<br><br>Judge: Hon. FERNANDO M. OLGUIN<br><br>**NOTE CHANGES MADE BY THE COURT**<br><br>Complaint filed: October 7, 2011 |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

REVISED JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER; AND ORDER THEREON

CASE NO. CV 11-9386 GAF (FMOx)

This joint motion is made by Plaintiff DOUG LADORE and the CLASS certified by this Court ("Plaintiffs") and Defendant ECOLAB INC. (referred to collectively as "the Parties"), who hereby stipulate and agree as follows:

For the reasons set forth below good cause exists for the issuance of a Stipulated Protective Order ("Order") in that the Parties seek to have reasonable access to information relevant to certification, liability and damages in the above-captioned lawsuit while providing the Parties with a means for limiting access to, and disclosure of, confidential, private or trade secret information as defined in California Civil Code section 3426.1.

## GOOD CAUSE STATEMENT

Plaintiffs have requested that Defendant produce documents that include the following categories of information that Defendant believes is confidential and/proprietary and needs protection: 1) customer service records for Defendant's clients which shows the particular pest problem the customer is experiencing, the history of pest problems, sanitation issues as well as pricing information; and 2) training programs/modules for Pest employees that are confidential and proprietary that are kept confidential from Defendant's competitors.

If Defendant produces the customer's pest experience and sanitation information without a Protective Order in place Ecolab will have breached its trust with its customers. There is nothing that prohibits public access and disclosure of such information. The disclosures of information about Defendant's customers could lead to substantial harm to the customer's reputation and harm Ecolab's business relationship since the customers expect Defendant to maintain that information as confidential. Furthermore, said documents include Ecolab's confidential pricing information. Without the use of a Protective Order said records would then be available to Ecolab's competitors, allowing them to unfairly compete with Defendant.

If Defendant produces its pest training materials without a Protective Order then there is nothing that prevents Plaintiffs and/or their counsel from

LITTLER MENDELSON, P.C.
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619.232.0441

REVISED JOINT MOTION AND STIPULATION FOR
PROTECTIVE ORDER; AND ORDER THEREON            2.            CASE NO. CV 11-9386 GAF (FMOx)

disclosing this confidential information to Defendant's competitors, thereby depriving Ecolab of the protections it is afforded under the common law that the provisions of California Civil Code section 2426.1 to protect its confidential and proprietary information about its customers and how it conducts its business. In addition, Defendant spent substantial time and money developing said training materials to provide it with a competitive edge. For these same reasons the protection of this information needs to remain in place even after the completion of the litigation.

## PROCEDURE OF PROTECTIVE ORDER

1. Defendant shall designate all or portions of any document described above, or any testimony or other information derived therefrom, as "CONFIDENTIAL" under the terms of this Order. Material designated as "CONFIDENTIAL" under the Order ("CONFIDENTIAL INFORMATION") may be used only for the purpose of prosecution, defense, discovery, mediation and/or settlement of this action, and not for any other purpose.

2. CONFIDENTIAL INFORMATION shall be so designated by marking or stamping copies of the document produced or testimony with the legend "CONFIDENTIAL." Marking or stamping the legend "CONFIDENTIAL" on the cover of any multi-page document shall thereby designate all pages of the document as confidential, and marking or stamping on a label on any electronic storage medium shall designate the contents of such electronic storage medium as CONFIDENTIAL INFORMATION. Whether or not any evidence or testimony is, in fact, designated as "CONFIDENTIAL" shall not be conclusive of whether it is lawfully entitled to protection as such, and the failure to make such a designation shall not constitute a waiver to do so. Furthermore, the production of or testimony regarding any CONFIDENTIAL INFORMATION shall not be considered as a waiver of the right by a Party to object to the admissibility of any such information. The party designating CONFIDENTIAL INFORMATION bears the burden of establishing the confidentiality. The admissibility of any such CONFIDENTIAL INFORMATION

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

REVISED JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER; AND ORDER THEREON     3.     CASE NO. CV 11-9386 GAF (FMOx)

Case 2:11-cv-09386-GAF-FMO   Document 38   Filed 07/24/12   Page 4 of 10   Page ID #:725

shall be determined by the Court independently of the terms of this Order and without regard to whether such information was produced or provided under the terms of this Order.

3. CONFIDENTIAL INFORMATION produced pursuant to this Order shall be disclosed, revealed or disseminated only to the Court, court reporters, the Parties (and their parent companies, officers, directors, employees, or agents), counsel of record for the Parties (and their associate attorneys, paralegals, secretaries and clerical staff) and to the "QUALIFIED PERSON(S)" designated below:

(a) witnesses other than those listed above, but only insofar as such CONFIDENTIAL INFORMATION is relevant to their testimony;

(b) experts and consultants retained by counsel for the Parties in the prosecution, defense, mediation and/or settlement of this action;

(c) any other person as to whom the Parties agree in writing.

4. Prior to reviewing any CONFIDENTIAL INFORMATION, each QUALIFIED PERSON designated in Paragraph 4(a)-(c) shall execute the Non-Disclosure Agreement in the form set forth in Attachment A. The Parties shall retain copies of any executed Non-Disclosure Agreements and deliver a copy thereof to counsel for all the Parties following the adjudication or settlement of this action.

5. Testimony taken at a deposition may be designated as CONFIDENTIAL INFORMATION by making a statement to that effect on the record at the deposition. Arrangements shall be made with the deposition reporter taking and transcribing information designated as CONFIDENTIAL to bind such portions of the deposition transcript containing CONFIDENTIAL INFORMATION designated as CONFIDENTIAL, and to label such portions appropriately. Such deposition testimony shall be conducted only before those persons identified in Paragraph 4 herein. No person other than a Qualified Person may attend, read the transcript of or the exhibits marked as CONFIDENTIAL in any deposition taken in this case. Prior to attending said deposition or reviewing the transcript or exhibits, each Qualified Person

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

REVISED JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER; AND ORDER THEREON     4.     CASE NO. CV 11-9386 GAF (FMOx)

listed in Paragraph 4(a)-(c) shall execute a Non-Disclosure Agreement in the form set forth in Attachment A.

6. Notwithstanding the foregoing, the Parties do not waive any right to challenge whether any material designated or not designated as CONFIDENTIAL INFORMATION is properly designated or not designated as such, and do not waive the right to challenge at any hearing, trial or other proceeding whether such information is, in fact, confidential or private, or is admissible for any purpose other than as specified by this Order. Any motions relating to this Protective Order such as designation of Confidential Information must comply with Local Rule 37.

7. Prior to seeking to admit or introduce any CONFIDENTIAL INFORMATION into the public record in this case, whether in writing or orally (including the filing of papers which constitute or contain CONFIDENTIAL INFORMATION, and including at the trial of this action), the parties and their attorneys will cooperate in good faith to seek appropriate rulings from the Court to safeguard the confidentiality of CONFIDENTIAL INFORMATION, to the extent possible, whether by sealing orders or otherwise. In the event that any CONFIDENTIAL INFORMATION is used in any court proceeding in this action, such CONFIDENTIAL INFORMATION shall not lose its confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during and after such use.

8. Nothing shall be filed under seal, and the Court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel. If a party files evidence under seal, all papers that refer to or rely upon such evidence shall designate the particular aspects that are CONFIDENTIAL INFORMATION. Absent such advance notification, the Court may incorporate all such evidence in its written and oral rulings. The filing of documents under seal shall comply with Local Rule 79-5.

9. The Court may modify the protective order in the interests of justice or for public policy reasons.

LITTLER MENDELSON, P.C.
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

REVISED JOINT MOTION AND STIPULATION FOR
PROTECTIVE ORDER; AND ORDER THEREON          5.          CASE NO. CV 11-9386 GAF (FMOx)

10. If, through inadvertence, any Party produces or offers as testimony any CONFIDENTIAL INFORMATION without labeling it or otherwise designating it as such, the producing Party may, at any time, give written notice designating such information as CONFIDENTIAL INFORMATION.

11. ~~The terms of this Order shall survive the final termination of this action and shall be binding on all of the Parties thereafter.~~

12. ~~If this matter proceeds to trial and a party desires to use any CONFIDENTIAL INFORMATION at trial that includes the names and addresses of Defendant's customers, said customer names and addresses will be redacted from the records to protect their privacy rights.~~

13. If this matter proceeds to trial, information that is designated as CONFIDENTIAL INFORMATION and/or kept and maintained pursuant to the terms of this Order becomes presumptively available to the public, however, such presumption may be overcome by showing *good* cause [to the district judge] in advance of trial to proceed otherwise.

14. Within fourteen (14) business days of the termination or settlement of this action, all of the Parties must simultaneously exchange and surrender any CONFIDENTIAL INFORMATION and copies of any deposition transcripts designated as CONFIDENTIAL INFORMATION. Upon surrendering to the other side all CONFIDENTIAL INFORMATION and/or deposition testimony, the surrendering Party must also execute and furnish the Surrender of Confidential Information Material Testimony Agreement in the form set forth in Attachment B. Said exchange shall occur by FedEx overnight delivery.

15. The Parties expressly agree that by entering into this Order they do not waive any objections to any discovery requests and, further, that they do not agree to the production of any information or documents, or type or category of information or documents.

16. This Order is subject to modification by stipulation of the Parties

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3677
619 232 0441

REVISED JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER; AND ORDER THEREON       6.       CASE NO. CV 11-9386 GAF (FMOx)

1 | or by further order of the Court.
2 |       IT IS SO AGREED.

Dated: July 20, 2012      LITTLER MENDELSON, P.C.

By: /s/ Lauren K. Woon

LAUREN K. WOON
Attorneys for Defendant
ECOLAB INC.

Dated: July 23, 2012      PALAY LAW FIRM

By: /s/ Michael A. Strauss [w/authorization]

MICHAEL A. STRAUSS
Attorneys for Plaintiff
DOUG LADORE

Dated: July 20, 2012      HATHAWAY LAW FIRM

By: /s/ Alejandro P. Gutierrez [w/authorization]

ALEJANDRO P. GUTIERREZ
Attorneys for Plaintiff
DOUG LADORE

**ORDER**

IT IS SO ORDERED.

DATED: 7·27·12      By: /s/ Fernando M. Olguin

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619.232.0441

REVISED JOINT MOTION AND STIPULATION FOR
PROTECTIVE ORDER; AND ORDER THEREON    7.    CASE NO. CV 11-9386 GAF (FMOx)

# EXHIBIT A
## NONDISCLOSURE AGREEMENT

I, _____ of [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Central District of California on _____ in the case of *Doug Ladore et al. v. Ecolab Inc. et al*, U.S. District Court Case No. CV-11-9386 GAF (FMOx). I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Dated: _____

City and State where sworn and signed: _____

Printed Name: _____

Signature: _____

LITTLER MENDELSON, P.C.
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

REVISED JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER; AND ORDER THEREON    8.    CASE NO. CV 11-9386 GAF (FMOx)

**EXHIBIT B**
**SURRENDER OF CONFIDENTIAL INFORMATION MATERIAL TESTIMONY AGREEMENT**

The undersigned herby represents that pursuant to the Stipulated Protective Order, all CONFIDENTIAL INFORMATION, including deposition transcripts designated as having CONFIDENTIAL INFORMATION within the undersigned's possession, custody, or control was surrendered to the party designating such information.

The surrender of all CONFIDENTIAL INFORMATION occurred on or about _____, 20___ at _____, in _____, California.

Date: _____

_____
[Print Name]

_____
[Signature]

LITTLER MENDELSON, P.C.
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

REVISED JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER; AND ORDER THEREON    9.    CASE NO. CV 11-9386 GAF (FMOx)

*Doug Ladore v. Ecolab, Inc.*
United States District Court, Central District
Case No. 11-cv-9386 GAF (FMOx)

## DECLARATION OF SERVICE

I, MARIA RUVALCABA declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 501 West Broadway, Suite 900, San Diego, California 92101.

On July 24, 2012, I served the following document(s):

**(1) REVISED JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER; AND (2) ORDER THEREON**

on the parties in this action addressed as follows:

| | |
|---|---|
| Daniel J. Palay, Esq.<br>Michael A. Strauss, Esq.<br>PALAY LAW FIRM<br>121 N. Fir Street, Suite F<br>Ventura, CA 93001<br>Telephone: (805) 641-6600<br>Facsimile: (805) 641-6607<br>Email: djp@palaylaw.com<br>Email: mike@palaylaw.com | Attorneys for Plaintiffs<br>DOUG LADORE, et al. |

Alejandro P. Gutierrez, Esq.
Law Offices of Hathaway, Perrett, et al.
5450 Telegraph Road, Suite 200
Ventura, CA 93003
Telephone: (805) 644-7111
Facsimile: (805) 644-8296
Email: agutierrez@hathawaylawfirm.com

**VIA CM/ECF ELECTRONIC FILING SYSTEM:** I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the

11-cv-9386-GAF-(FMOx)

DECLARATION OF SERVICE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. BROADWAY
SUITE 900
SAN DIEGO, CA 92101.3577
619.232.0441

1  Service List maintained by and as it exists on that database.  This will constitute
2  service of the above-listed document(s).

3        I declare under penalty of perjury under the laws of the State of
4  California that the foregoing is true and correct and that this declaration was executed on July 24, 2012 at San Diego, California.

*[signature]*

Maria Ruvalcaba

Firmwide:113376086.1 057118.1114

LITTLER MENDELSON
A Professional Corporation
501 W. BROADWAY
SUITE 900
SAN DIEGO, CA 92101.3577
619.232.0441

2.

11-cv-9386-GAF-(FMOx)

DECLARATION OF SERVICE