JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG LADORE, individually and on behalf of all those similarly situated, <u>et al.</u>,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ECOLAB, INC.,<br><br>　　　　　Defendant. | Case No. CV 11-9386 FMO (JCx)<br><br>**JUDGMENT** |

　　Pursuant to the court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs, & Incentive Payments, filed on November 12, 2013, IT IS ADJUDGED THAT the above-captioned action is **dismissed with prejudice**.

Dated this 12th day of November, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge